IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ROBERT JOE YOUNG, | ) | |
| | ) | |
| vs. | ) | CV 03-BE-8049-NE |
| | ) | CR 02-BE-120-NE |
| UNITED STATES OF AMERICA | ) | |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on March 15, 2007, recommending that the motion to vacate be denied. The magistrate judge concluded that the waiver of the right to file a § 2255 motion was valid. He alternatively concluded that the claims were procedurally defaulted or without merit. On March 30, 2007, movant filed objections to the findings and recommendation. The objections were general in nature and amounted to little more than disagreement with the magistrate judge's findings or conclusions. The objections were not specific as contemplated by Rule 72(b), *Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the movant, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the motion to vacate is due to be DISMISSED as untimely. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 3rd day of April, 2007.

*/s/ Karon O. Bowdre*
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE